HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAMIRO GONZALEZ III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMIRO GONZALEZ III,<br><br>Defendant. | No. Cr. S 2:10-cr-116 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable KIMBERLY J. MUELLER |

Defendant, RAMIRO GONZALEZ III, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On April 9, 2012, this Court sentenced Mr. Gonzalez to a total term of 141 months imprisonment;

3. Mr. Gonzalez' total offense level was 31, his criminal history category was VI, and the resulting guideline range was 188 to 235 months. He received a sentence below the guideline range on the government's motion;

4. The sentencing range applicable to Mr. Gonzalez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Gonzalez' total offense level has been reduced from 31 to 29, and his amended guideline range is 151 to 188 months. A reduction comparable to the one he received initially produces a term of 113 months imprisonment;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Gonzalez' total term of imprisonment to a term of 113 months.

Respectfully submitted,

Dated:  November 4, 2015                    Dated:   November 4, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                      Federal Defender


 /s/ Jason Hitt                              /s/ Hannah R. Labaree
JASON HITT                                  HANNAH R. LABAREE
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    RAMIRO GONZALEZ III

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Gonzalez is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 151 to 188 months. A reduction comparable to the one he received initially produces a term of 113 months imprisonment.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2012 is reduced to a total term of 113 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Gonzalez shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   November 9, 2015

_____
UNITED STATES DISTRICT JUDGE